UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIDAMARK, INC.,<br>   Plaintiff,<br><br>-v-<br><br>ROLL FORMING CORP.,<br>   Defendant. | No. 1:12-cv-297<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendant's motion for summary judgment and having dismissed all claims in the complaint, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 27, 2013          /s/ Paul L. Maloney
                              Paul L. Maloney
                              Chief United States District Judge