UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIDAMARK, INC., ) | |
|     Plaintiff, ) | |
| ) | No. 1:12-cv-297 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| ROLL FORMING CORP., ) | |
|     Defendant. ) | |
| ) | |

## JUDGMENT

Having granted Defendant's motion for summary judgment and having dismissed all claims in the complaint, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  December 27, 2013           /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   Chief United States District Judge